1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID ROGER WILSON,                          No.  2:16-cv-0908 CKD P

12                        Plaintiff,

13         v.                                       ORDER

14    UNKNOWN,

15                        Defendant.

16

17         Plaintiff, a state prisoner at California Health Care Facility, has filed a letter seeking an

18    emergency injunction.  No other pleadings have been filed by the plaintiff.  In order to commence

19    an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil

20    Procedure, and plaintiff must either pay the required filing fee or file an application requesting

21    leave to proceed in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).  The court will not issue

22    any orders granting or denying relief until an action has been properly commenced.  Therefore,

23    plaintiff's request will be denied without prejudice.  Plaintiff will be provided the opportunity to

24    file his complaint, and to submit an application requesting leave to proceed in forma pauperis or

25    to submit the appropriate filing fee.

26    /////

27

28

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff's April 29, 2016, request for an emergency injunction (ECF No. 1) is denied;

3    2.  Plaintiff is granted thirty days from the date of service of this order to file a complaint

4    that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure,

5    and the Local Rules of Practice; the complaint must bear the docket number assigned this case;

6    plaintiff must file an original and two copies of the complaint.  Plaintiff shall also submit, within

7    thirty days from the date of this order, the application to proceed in forma pauperis on the form

8    provided by the Clerk of Court, or the filing fee in the amount of $400.00.[2]  Plaintiff's failure to

9    comply with this order will result in a recommendation that this matter be dismissed; and

10   3.  The Clerk of the Court is directed to send plaintiff the court's form for filing a civil

11   rights action, and the application to proceed in forma pauperis by a prisoner.

12   Dated:  May 9, 2016

13   _____
       CAROLYN K. DELANEY
14     UNITED STATES MAGISTRATE JUDGE

15

16

17   2/kly
     wils0908.Nocompl
18

19

20

21

22

23

24

25

26

27   _____
     [2]  The $400.00 is comprised of the $350.00 filing fee and a $50.00 administrative fee.  If plaintiff
     is granted leave to proceed in forma pauperis, plaintiff is not required to pay the $50.00
28   administrative fee.