UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROGER WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0908 CKD P<br><br><br>ORDER |

　　　　Plaintiff has filed a second request for the appointment of counsel. As set forth in its July 28, 2016 order, the court does not find the required exceptional circumstances to appoint counsel in this case. Plaintiff's second request for the appointment of counsel will therefore be denied.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel (ECF No. 19) is denied.

Dated: August 26, 2016

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2/md; wils0908.31

1