UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROGER WILSON, | No. 2:16-cv-0908 CKD P |
| Plaintiff, | |
| v. | ORDER |
| WARDEN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. On June 28, 2016, plaintiff's original complaint was dismissed with thirty days' leave to amend. (ECF No. 11.) Plaintiff's amended complaint is now before the court for screening. (ECF No. 27.) See 28 U.S.C. § 1915A(a). Plaintiff has consented to Magistrate Judge jurisdiction over all proceedings this action. (ECF No. 4.)

Having reviewed the amended complaint, the undersigned concludes that it fails to cure the defects of the original complaint as discussed in the June 28, 2016 screening order. Nor does the complaint set forth a short and plain statement of the claim showing entitlement to relief, as required by Rule 8 of the Federal Rules of Civil Procedure.

////

////

////

1

1       Because it appears that another round of amendment would be futile, the undersigned will
2 dismiss this action for failure to state a claim.
3       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.
4 Dated: January 26, 2017

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

11   2 / wils0908.fac